MICHAEL BAILEY
United States Attorney
District of Arizona

SETH T. GOERTZ
Assistant U.S. Attorney
Arizona State Bar No. 031645
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: seth.goertz@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Martel Alvarez-Chavez,<br><br>　　　　　Defendant. | CR-92-00113-001-PHX-NVW<br><br>**GOVERNMENT'S SUPPLEMENTAL NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

　　　　The government hereby supplements its response to defendant's motion for compassionate release (doc. 425). The government filed its response on February 13, 2020. Since then, as the Court is well aware, the world has changed dramatically. In light of the worsening COVID-19 pandemic, and in consideration of COVID's potential impact on the defendant given his chronic illnesses, the government no longer opposes defendant's motion for compassionate release.

　　　　Specifically, the government agrees that, based on current guidance from the CDC, the defendant's chronic illnesses place him at high risk for severe illness from COVID-19 and, thus, defendant has demonstrated an extraordinary and compelling reason warranting a reduction in his sentence under 18 U.S.C. § 3582(c)(1)(A). The defendant's good behavior during his nearly 30 years in prison suggests that he does not pose a significant danger to the public. And the government believes any potential safety risk can be reduced

through appropriate conditions during his ten-year term of supervised release. It is anticipated that the defendant will be immediately turned over to immigration authorities and removed to Mexico upon his release from BOP; in that case, he will be prohibited by law and the conditions of his supervised release from returning to the United States. If the defendant is allowed to remain in the United States for some time, the Court can consider whether to impose additional conditions of supervised release to address any safety risk, including but not limited to a term of home incarceration or confinement and a condition allowing for the warrantless search of his residence. Any immediate public health-related risk posed by his release can be mitigated through a 14-day quarantine period before his release from BOP and a condition requiring him to comply with all COVID-related public health orders while on supervised release.

In sum, given the dramatically changed circumstances, the government no longer opposes the defendant's motion for compassionate release, subject to the conditions specified in the proposed order provided herewith. Defense counsel has reviewed this filing and the proposed order and confirmed the defendant agrees with the terms and conditions of the proposed order.

Respectfully submitted this 10th day of July, 2020.

                    MICHAEL BAILEY
                    United States Attorney
                    District of Arizona

                    *s/ Seth T. Goertz*
                    SETH T. GOERTZ
                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Elena M. Kay
Deirdre M. Mokos


By *s/E. Minster*
U.S. Attorney's Office