IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-92-00113-1-PHX-NVW |
| Plaintiff, | |
| vs. | ORDER |
| Martel Alvarez-Chavez, | |
| Defendant. | |

Having considered the defendant's motion for compassionate release (doc. 423), the parties' related briefing (docs. 425, 432, and 437), the government's supplemental notice of non-opposition (doc. 440), and good cause appearing,

THE COURT FINDS the defendant has a chronic illness from which he is not expected to recover and the defendant's ability to provide self-care against serious injury or death as a result of COVID-19 is substantially diminished, within the environment of a correctional facility, by the chronic condition itself and therefore, the defendant's motion is GRANTED.

IT IS ORDERED, pursuant to 18 U.S.C. § 3582(c)(1)(A), that the defendant's sentence of life imprisonment for Count 1 is reduced to time served effective 14 days after the date of this order to allow for the quarantine period ordered below.

IT IS FURTHER ORDERED that before being released from the custody of the federal Bureau of Prisons ("BOP"), the defendant shall submit to a 14-day quarantine at Edgefield FCI. Before releasing the defendant from its custody, the BOP shall follow its standard protocols for releasing inmates, which includes a health screening and/or testing

for COVID-19. If the defendant is found to be exhibiting symptoms consistent with COVID-19 or is confirmed to have COVID-19, the defendant shall not be released to the public absent further order of the Court, although he may be released directly to the custody of immigration authorities for further detention and removal proceedings.

IT IS FURTHER ORDERED that, upon his release from BOP, the defendant shall begin serving a ten-year term of supervised release as specified in the March 8, 1993, judgment and commitment order. The terms of supervised release shall be the same as the terms of supervised release specified in the March 8, 1993 judgment and commitment order, except for the following changes and additional conditions:

a. The following General Order shall apply: General Order 17-18.

b. Upon release from BOP, it is anticipated that the defendant will be turned over to immigration authorities and removed to Mexico. If the defendant is allowed to remain in the United States, the defendant shall:

   i. Report to the U.S. Probation Office in Phoenix, Arizona within 72 hours of his release from custody;

   ii. Promptly notify the Court that he has not been removed to Mexico as anticipated so that the Court may consider imposing additional conditions or supervised release including but not limited to a term of home incarceration or home confinement and a condition allowing for the search of his residence; and

   iii. Comply with all national, state, and local public-health orders regarding COVID-19.

Dated this 15th day of July, 2020.

_____
Neil V. Wake
Senior United States District Judge

cc: USMS, USPO, Dft.